IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALVIN LEE CLARK,<br><br>　　　　Defendant. | CR 22-127-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Motion to Vacate Trial (Doc. 87), by and through his counsel of record, and for good cause appearing,

IT IS HEREBY ORDERED that the trial set for Monday, February 23, 2026 at 9:00 a.m. is **VACATED**. A new trial date will not be scheduled until Defendant has been arrested on his warrant and placed into Federal custody. For the purposes of the speedy trial act, the days between the date of this Order and the date of the new trial date are excludable under 18 U.S.C. Section 3161(h)(3)(A)(B).

The Clerk of Court is directed to notify counsel and the U.S. Marshals of the making of this Order.

DATED this 6th day of January, 2026.

　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　United States District Judge